**E-Filed 9/21/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED POONJA, | Case Number 5:10-cv-05868-JF |
| Appellee, | AMENDED[1] ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE |
| v. | |
| INTERNATIONAL CONTRACT TECHNOLOGIES, | |
| Appellant. | |

International Contract Technologies filed a notice of appeal in this bankruptcy action on December 23, 2010.  On the same date, the Clerk issued a notice of filing of appeal and a scheduling order.  There has been no further activity in the case.

Accordingly, this appeal is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

Dated:  9/21/2011

JEREMY FOGEL
United States District Judge

---

[1] The order has been amended to correct a clerical error in the caption.

Case No. 5:10-cv-05868-JF
AMENDED ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE
(JFLC2)